# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0214. SHONTORI NEOSHUBA GOODEN v. THE STATE.**

Shontori Neoshuba Gooden pled guilty to multiple offenses, including two counts of felony murder. Subsequently, Gooden filed a motion to withdraw his guilty plea. The trial court denied the motion, and Gooden filed this direct appeal. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). Accordingly, Gooden's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/10/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.